Alvie T. ASHWORTH, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7300.

United States Court of Appeals,
Federal Circuit.

July 26, 2004.

*ORDER*

Upon consideration of the appellant's
unopposed motion to voluntarily dismiss
this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Richard ALEXANDER, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7299.

United States Court of Appeals,
Federal Circuit.

July 26, 2004.

*ORDER*

Upon consideration of the appellant's
unopposed motion to voluntarily dismiss
this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.